| *Attorney or Party without Attorney:* <br> Yitzchak Kopel <br> BURSOR & FISHER, P.A. <br> 1330 Avenue of the Americas 32nd Floor <br> New York, NY 10019 <br> Telephone No: 646-837-7150 <br><br> Attorney For: Plaintiff | *Ref. No. or File No.:* <br> Riley v. Zeus | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court for the District of Massachusetts ||| 
| Plaintiff: CHALANE RILEY <br> Defendant: ZEUS NETWORKS, LLC ||| 

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 1:24-CV-13120-GAO |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET

3. a. Party served:   ZEUS NETWORKS, LLC
   b. Person served:  Lynanne Gares, Authorized to Accept Service for Corporation Service Company, Agent for Service of Process, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   251 Little Falls Drive, Wilmington, DE 19808

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Dec 23 2024 (2) at: 01:25 PM

6. **Person Who Served Papers:**
   a. William Besco
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12/26/24          William Besco
(Date)            (Signature)



PROOF OF SERVICE

12395573
(397208)