**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| CHALANE RILEY, individually and on Behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No.: 1:24-CV-13120-GAO |
| ZEUS NETWORKS, LLC, | ) | |
| Defendant. | ) | |

**DEFENDANT, ZEUS NETWORKS, LLC'S**
**MOTION FOR LEAVE TO FILE A MOTION TO DISMISS**
**BEYOND THE DEADLINE**

The Defendant, Zeus Networks, LLC ("Zeus" or "Defendant") hereby moves for leave to file a motion to dismiss for lack of personal jurisdiction beyond the deadline of February 12, 2025. As grounds for this motion, the Defendant states as follows:

1. The plaintiff, Chalane Riley ("Plaintiff") filed suit against the Defendant asserting one cause of action for a violation of the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710.
2. The Complaint arises from the Plaintiff's allegations that Zeus, an online subscription video streaming service, disclosed its users' personally identifiable information to Vimeo, Inc. and by doing so, it violated the VPPA.
3. On January 23, 2025, counsel for the Defendant filed an Assented to Motion to Extend the Time to Respond to Plaintiff's Complaint and Jury Demand. The Court allowed Defendant's Motion to Extend on February 6, 2025. See Docket Entry No: 8.

4. The undersigned counsel failed to file the motion to dismiss by February 12th due to an unintentional calendaring error as to the deadline to respond to the Complaint that had been set by the Court.

5. On the afternoon of February 13th, counsel for Zeus and counsel for the Plaintiff met and conferred on Zeus' intention to file a motion to dismiss. During the teleconference, counsel discussed Zeus' intention to seek leave to file the motion to dismiss beyond the deadline. Counsel for the Plaintiff confirmed he would take no position regarding Zeus' motion for leave and would not oppose it.

6. The Plaintiff will not be prejudiced from the two-day delay in Zeus' filing of the motion to dismiss.

WHEREFORE, the Defendant requests that the Court grant it leave to file a motion to dismiss for lack of personal jurisdiction.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel conferred with the Plaintiff's counsel on Thursday, February 13, 2025, and made a good faith attempt to resolve or narrow the issues, but they were unable to reach agreement.

Respectfully submitted,

**ZEUS NETWORKS, LLC**

By its attorneys,

*/s/ Kip J. Adams*

Kip J. Adams, BBO #664860
Kip.Adams@lewisbrisbois.com
Hannah E. Harty, BBO #704000
Hannah.Harty@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
60 State Street, 23rd Floor
Boston, MA 02109
P: 857-313-3950
F: 857-313-3951

DATED: February 14, 2025

**CERTIFICATE OF SERVICE**

I, Hannah E. Harty, do hereby certify that on this 14th day of February, 2025, I caused a true and correct copy of the foregoing document to be served through the Court's CM/ECF Service.

*/s/ Hannah E. Harty*
Hannah E. Harty