**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| CHALANE RILEY, individually and on Behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No.: 1:24-CV-13120-GAO |
| ZEUS NETWORKS, LLC, | ) | |
| Defendant. | ) | |

**DEFENDANT, ZEUS NETWORKS, LLC'S**
**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

The Defendant, Zeus Networks, LLC ("Zeus" or "Defendant") hereby moves to dismiss the Plaintiff's Class Action Complaint ("Complaint") for lack of personal jurisdiction over Zeus. Specifically, the filing of Plaintiff's Complaint in the United States District Court for the District of Massachusetts fails to recognize that this Court lacks personal jurisdiction, both general or specific, over Zeus. Zeus is a Delaware corporation with its principal place of business in California. Indeed, this is not an "exceptional case" that would allow a court to exercise general jurisdiction in a forum that is not "the corporation's place of incorporation [or] its principal place of business." *See Daimler AG v. Bauman*, 134 S. Ct. 746, 760 (2014). Nor is there any connection between this "forum and the specific claims at issue," as is required before the Court may exercise specific jurisdiction. Therefore, Plaintiff cannot carry his burden, and the Court should grant Zeus's Motion to Dismiss the Plaintiff's Complaint for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) in its entirety.

Defendant respectfully refers this Court to their Memorandum of Law In Support Of its Motion to Dismiss; and **Exhibits 1 and 2**, filed herewith.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel conferred with the Plaintiff's counsel on Thursday, February 13, 2025, and made a good faith attempt to resolve or narrow the issues, but they were unable to reach agreement.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1 (d), the Defendant, Zeus Networks, LLC requests a hearing on its Motion to Dismiss, and submit that oral argument will materially assist the Court's understanding of the issues.

WHEREFORE, Zeus respectfully requests that this Honorable Court:

(A) GRANT its Motion to Dismiss Count I;

(B) DISMISS the Class Action Complaint against them;

(C) GRANT any additional relief that this Court deems appropriate;

(D) ENTER a final judgment in their favor.

Respectfully submitted,

**ZEUS NETWORKS, LLC**

By its attorneys,

*/s/ Kip J. Adams*
Kip J. Adams, BBO #664860
Kip.Adams@lewisbrisbois.com
Hannah E. Harty, BBO #704000
Hannah.Harty@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
60 State Street, 23rd Floor
Boston, MA 02109
P: 857-313-3950
F: 857-313-3951

DATED: February 14, 2025

**CERTIFICATE OF SERVICE**

I, Hannah E. Harty, do hereby certify that on this 14th day of February, 2025, I caused a true and correct copy of the foregoing document to be served through the Court's CM/ECF Service.

*/s/ Hannah E. Harty*
Hannah E. Harty