UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHALANE RILEY, individually and on Behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No.: 1:24-CV-13120-GAO |
| ZEUS NETWORKS, LLC, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO SUBMIT REPLY IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Local Rule 7.1(b)(3), Defendant Zeus Networks, LLC ("Defendant" or "Zeus Networks") respectfully moves for leave of Court to file the attached reply brief in support of its Motion to Dismiss for Lack of Personal Jurisdiction ("Motion to Dismiss") [ECF #10].

Defendant submits that there is good cause to allow it to submit this reply brief to respond to the arguments raised by Plaintiffs in their Opposition to the Motion to Dismiss [ECF #18], which could not have been reasonably anticipated by Defendant when preparing its Motion to Dismiss.

Respectfully submitted,
**ZEUS NETWORKS, LLC**

By its attorneys,

*/s/ Kip J. Adams*
Kip J. Adams, BBO #664860
Kip.Adams@lewisbrisbois.com
Hannah E. Harty, BBO #704000
Hannah.Harty@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
60 State Street, 23rd Floor
Boston, MA 02109
P: 857-313-3950
F: 857-313-3951

DATED: March 20, 2025

**CERTIFICATE OF SERVICE**

I, Kip J. Adams, do hereby certify that on this 20th day of March, 2025, I caused a true and correct copy of the foregoing document to be served through the Court's CM/ECF Service.

*/s/ Kip J. Adams*
Kip J. Adams

**LOCAL RULE 7.1 CERTIFICATION**

I, Kip J. Adams, Esq., do hereby certify that counsel for Defendant conferred with counsel for Plaintiff regarding this motion and counsel for Plaintiff indicated that they take no position on Defendants' request to submit a reply brief.

*/s/ Kip J. Adams*
Kip J. Adams