**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHALANE RILEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZEUS NETWORKS, LLC,<br><br>Defendant. | Case No. 1:24-cv-13120-GAO<br><br>Hon. George A. OToole, Jr. |

# PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Chalane Riley respectfully submits this Notice of Supplemental Authority regarding the pending Motion To Dismiss. *See* ECF Nos. 9-10, 18, 19, 21. Plaintiff brings to the Court's attention the following order entered on April 21, 2025 by the Ninth Circuit Court of Appeals in *Briskin v. Shopify, Inc.*, No. 22-15815, 2025 WL 1154075 (9th Cir. Apr. 21, 2025). The *Briskin* decision is attached hereto as **Exhibit 1**. Specifically, the decision is relevant to the parties' respective arguments concerning personal jurisdiction.

Dated: May 1, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Yitzchak Kopel*
Yitzchak Kopel

Yitzchak Kopel (BBO #716245)
1330 Avenue of the Americas, Floor 32
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: ykopel@bursor.com

**LAW OFFICES OF JOHN F. DONOVAN**
John F. Donovan, III (BBO #551851)
6 Beacon St., Suite 312

Boston, MA 02108
Telephone: (617) 872-1274
E-mail: jfdonovanesq@gmail.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that the foregoing was filed through the Electronic Court Filing system on May 1, 2025, and a copy thereof will be sent electronically to the registered recipients as identified on the Notice of Electronic Filing.

By: */s/ Yitzchak Kopel*
Yitzchak Kopel